# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | ▮▮▮▮▮▮▮▮▮▮ |
| 2. MEMBER | ▮▮▮▮▮▮▮▮▮▮ |
| 3. MEMBER | ▮▮▮▮▮▮▮ |
| 4. STOCKHOLDER | ▮▮▮▮▮▮▮▮ |
| 5. STOCKHOLDER | ▮▮▮▮▮▮▮▮ |
| 6. STOCKHOLDER | ▮▮▮▮▮▮▮▮▮▮▮<br>▮ |
| 7. CO-MANAGER | ▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮ |
| 8. MEMBER | ▮▮▮▮▮ . |
| 9. MEMBER | ▮▮▮▮▮▮▮ |
| 10. MEMBER | ▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2019 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | B | Dividend | L | T | | | | | |
| 2. ABBVIE INC. COM | D | Dividend | M | T | | | | | |
| 3. ADVANCED MICRO DEVICES | | None | K | T | Sold (part) | 08/20/19 | K | | |
| 4. | | | | | Buy (add'l) | 10/22/19 | K | | |
| 5. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 6. AFLAC INC. | B | Dividend | L | T | | | | | |
| 7. AGNC INVESTMENT CORP. | A | Dividend | | | Sold | 02/19/19 | K | | |
| 8. ALIBABA GROUP HOLDING LTD. | | None | M | T | Buy (add'l) | 11/08/19 | K | | |
| 9. | | | | | Buy (add'l) | 11/18/19 | K | | |
| 10. ALLEGION PLC | A | Dividend | L | T | | | | | |
| 11. ALLIANCE BERNSTEIN HOLDING, LP | D | Distribution | L | T | Buy (add'l) | 07/05/19 | K | | |
| 12. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 13. ALLIANCE RESOURCE PARTNERS | D | Distribution | | | Buy (add'l) | 02/19/19 | K | | |
| 14. | | | | | Buy (add'l) | 10/23/19 | K | | |
| 15. | | | | | Sold (part) | 11/08/19 | K | | |
| 16. | | | | | Sold | 11/18/19 | K | | |
| 17. ALPHABET A INC., formerly GOOGLE | | None | M | T | Buy (add'l) | 04/30/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ALPHABET C INC., formerly GOOGLE | | None | M | T | Buy<br>(add'l) | 04/30/19 | K | | |
| 19. AMERITRADE | A | Int./Div. | J | T | | | | | |
| 20. AMGEN INC. (X) | B | Dividend | M | T | Buy | 05/24/19 | L | | |
| 21. | | | | | Buy<br>(add'l) | 06/04/19 | K | | |
| 22. | | | | | Buy<br>(add'l) | 06/10/19 | K | | |
| 23. | | | | | Buy<br>(add'l) | 09/19/19 | K | | |
| 24. | | | | | Buy<br>(add'l) | 11/21/19 | K | | |
| 25. ANNALY CAPITAL MGMT. | C | Dividend | K | T | | | | | |
| 26. ARES CAPITAL CORP. | D | Dividend | M | T | Buy<br>(add'l) | 02/19/19 | K | | |
| 27. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 06/04/19 | K | | |
| 30. | | | | | Buy<br>(add'l) | 06/19/19 | K | | |
| 31. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 33. ARMANINO FOODS OF DISTINCTION | A | Dividend | J | T | Buy<br>(add'l) | 07/15/19 | J | | |
| 34. ARROW FINL. CORP. | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. AT&T | B | Dividend | K | T | | | | | |
| 36. AVEO PHARMACEUTICALS INC. | | None | | | Sold | 11/07/19 | J | | |
| 37. AXA | C | Dividend | L | T | | | | | |
| 38. BAIDU INC. | | None | M | T | | | | | |
| 39. BANK OF AMERICA | D | Dividend | M | T | | | | | |
| 40. BANK OF NEW YORK MELLON | B | Dividend | K | T | Sold<br>(part) | 07/10/19 | K | | |
| 41. BB&T CORP. | D | Dividend | M | T | | | | | |
| 42. BIOGEN INC. | | None | | | Buy<br>(add'l) | 01/07/19 | L | | |
| 43. | | | | | Buy<br>(add'l) | 01/17/19 | K | | |
| 44. | | | | | Sold<br>(part) | 07/05/19 | K | | |
| 45. | | | | | Sold<br>(part) | 07/08/19 | K | | |
| 46. | | | | | Sold | 07/12/19 | L | | |
| 47. BLACKROCK CAP. INVESTMENT<br>CORP. | A | Dividend | | | Redeemed | 02/06/19 | P1 | | |
| 48. BLACKROCK EQUITY DIVIDEND FD A<br>(IRA) | E | Dividend | P1 | T | | | | | |
| 49. BOEING COMPANY | D | Dividend | M | T | Sold<br>(part) | 04/10/19 | L | | |
| 50. | | | | | Sold<br>(part) | 05/22/19 | L | | |
| 51. | | | | | Donated<br>(part) | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. BRISTOL MYERS SQUIBB CO. | A | Dividend | L | T | Sold<br>(part) | 05/24/19 | L | | |
| 53. | | | | | Buy<br>(add'l) | 10/25/19 | K | | |
| 54. | | | | | Buy<br>(add'l) | 10/28/19 | K | | |
| 55. BROADCOM INC. (X) | B | Dividend | M | T | Buy | 08/12/19 | K | | |
| 56. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 58. | | | | | Buy<br>(add'l) | 10/30/19 | K | | |
| 59. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |
| 60. | | | | | Buy<br>(add'l) | 11/26/19 | K | | |
| 61. BROOKFIELD GLOBAL LISTED | C | Dividend | L | T | Buy<br>(add'l) | 03/15/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 07/05/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 65. CALAMOS STRG. TTL | C | Distribution | L | T | Buy<br>(add'l) | 06/10/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 67. ▓▓▓▓▓▓▓▓ | B | Distribution | J | W | | | | | |
| 68. CAPITAL ONE FINANCIAL | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. CARDINAL HEALTH INC. (X) | A | Dividend | L | T | Buy | 08/20/19 | K | | |
| 70. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 71. | | | | | Buy (add'l) | 09/30/19 | K | | |
| 72. CARLYLE GROUP | B | Distribution | L | T | Sold (part) | 01/23/19 | K | | |
| 73. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 74. CELEGENE CORP. | A | Dividend | | | Merged (with line 52) | 11/21/19 | K | D | |
| 75. CENTURY LINK | C | Dividend | | | Sold | 03/04/19 | K | | |
| 76. ▓▓▓▓▓▓▓ | E | Distribution | L | W | | | | | |
| 77. CHERRYHILL MORTGAGE (X) | B | Dividend | | | Buy | 01/23/19 | K | | |
| 78. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 79. | | | | | Sold | 07/24/19 | K | | |
| 80. CHESAPEAKE BAY BRDG & TUNL DIST VA REV BOND | A | Interest | J | T | | | | | |
| 81. CHIMERA INVESTMENT | D | Distribution | L | T | Buy (add'l) | 02/07/19 | J | | |
| 82. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 83. | | | | | Buy (add'l) | 10/28/19 | K | | |
| 84. CHINA MOBILE | B | Dividend | | | Sold | 12/03/19 | K | | |
| 85. CISCO SYSTEMS | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CITIGROUP COMMON STOCK | C | Dividend | L | T | | | | | |
| 87. CM FINANCIAL, INC. | B | Dividend | | | Sold | 06/19/19 | K | | |
| 88. CNOOC LIMITED ADR (X) | B | Dividend | L | T | Buy | 07/10/19 | K | | |
| 89. | | | | | Buy (add'l) | 10/28/19 | K | | |
| 90. CONOCO-PHILLIPS | B | Dividend | L | T | | | | | |
| 91. CORNING, INC. | A | Dividend | K | T | | | | | |
| 92. CORTEVA INC. (X) | A | Dividend | K | T | Spinoff (from line 106) | 06/03/19 | J | | |
| 93. COSTCO WHOLESALE CORP. | A | Dividend | K | T | | | | | |
| 94. CSX CORP. | C | Dividend | M | T | | | | | |
| 95. DELUXE CORP. | A | Dividend | | | Sold | 07/11/19 | K | | |
| 96. DIVIDEND AND INCOME FUND | | None | | | Sold | 01/25/19 | K | | |
| 97. ▓▓▓▓▓▓ | E | Distribution | N | W | | | | | |
| 98. ▓▓▓▓▓▓▓▓▓▓ | B | Distribution | M | W | | | | | |
| 99. ▓▓▓▓▓▓▓▓ | F | Distribution | M | W | | | | | |
| 100. DOW INC. (X) | C | Dividend | M | T | Buy | 05/09/19 | K | | |
| 101. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 102. | | | | | Buy (add'l) | 07/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 104. | | | | | Buy (add'l) | 10/25/19 | K | | |
| 105. | | | | | Buy (add'l) | 12/09/19 | K | | |
| 106. DOWDUPONT, INC. | B | Dividend | M | T | | | | | |
| 107. DUPONT DE NEMOURS INC. | A | Dividend | L | T | | | | | |
| 108. DXC TECHNOLOGY CO. | A | Dividend | | | Sold | 07/05/19 | K | | |
| 109. DYNEX CAPITAL INC. (X) | C | Dividend | K | T | Buy | 01/23/19 | J | | |
| 110. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 111. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 112. EATON VANCE FLOATING CLASS C (Mutual Fund Signature Adv.) | C | Distribution | M | T | | | | | |
| 113. ECOLAB | A | Dividend | K | T | | | | | |
| 114. ELLINGTON FINANCIAL LLC | C | Distribution | L | T | Buy (add'l) | 01/17/19 | K | | |
| 115. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 116. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 117. | | | | | Buy (add'l) | 07/05/19 | J | | |
| 118. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 119. | | | | | Buy (add'l) | 11/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. EMERSON ELECTRIC | B | Dividend | L | T | | | | | |
| 121. ENERGY TRANSFER PARTNERS LP | B | Distribution | K | T | Sold<br>(part) | 01/25/19 | K | | |
| 122. ENTERPRISE PRODUCTS | D | Distribution | L | T | | | | | |
| 123. EOG RESOURCES, INC. | B | Dividend | M | T | Donated<br>(part) | | | | |
| 124. EURONET WORLDWIDE INC. | | None | L | T | Buy<br>(add'l) | 02/27/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 11/26/19 | K | | |
| 126. | | | | | Buy<br>(add'l) | 12/27/19 | K | | |
| 127. EXELON CORP. | B | Dividend | K | T | | | | | |
| 128. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 129. FACEBOOK INC. | | None | L | T | Buy<br>(add'l) | 02/07/19 | K | | |
| 130. FAIR ISAAC CORP. | | None | L | T | Buy<br>(add'l) | 12/13/19 | K | | |
| 131. FAIRFAX CNTY VA ECONOMIC DEV.<br>AUTH. BOND | A | Interest | J | T | | | | | |
| 132. FAIRFIELD ASSOCIATES | | None | J | W | | | | | |
| 133. ▓▓▓▓▓▓▓▓▓ | C | Rent | | | Sold | 06/10/19 | N | | |
| 134. FIDELITY ADVISOR 529 PLAN | A | Dividend | | | Redeemed<br>(part) | 07/30/19 | K | | |
| 135. | | | | | Redeemed | 12/16/19 | J | | |
| 136. FIDUS INVESTMENT CORP. (X) | A | Dividend | K | T | Buy<br>(add'l) | 11/07/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/08/19 | J | | |
| 138. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 139.  FREEPORT McMORAN INC. | A | Dividend | J | T | | | | | |
| 140.  FS KKR CAPITAL CORP. (X) | B | Dividend | K | T | Buy | 05/06/19 | K | | |
| 141. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 142.  GABELLI TRUST | C | Dividend | K | T | | | | | |
| 143.  GENERAL MILLS INC. (X) | A | Dividend | K | T | Buy | 07/24/19 | K | | |
| 144. | | | | | Buy (add'l) | 10/30/19 | J | | |
| 145.  GILEAD SCIENCES INC. | B | Dividend | L | T | Buy | 02/07/19 | K | | |
| 146.  GLOBAL PARTNERS, LP | | None | | | Sold | 01/22/19 | K | | |
| 147.  GOLDMAN SACHS | C | Dividend | M | T | | | | | |
| 148.  GUAM GOVT. BUSINESS PRIVILEGE BOND | A | Interest | J | T | | | | | |
| 149.  HANESBRAND INC. (X) | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 150.  HAWAIIAN HOLDINGS, INC. | A | Dividend | K | T | Buy (add'l) | 01/18/19 | K | | |
| 151.  HEWLETT PACKARD | A | Dividend | K | T | Buy (add'l) | 02/19/19 | K | | |
| 152.  HP INC. | A | Dividend | K | T | Buy (add'l) | 07/12/19 | K | | |
| 153.  HOST HOTELS & RESORTS | B | Dividend | K | T | Buy (add'l) | 06/10/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  HOULIHAN LOKEY, INC. (X) | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 155.  HSBC HLDG. PLC. | C | Dividend | L | T | Buy (add'l) | 02/01/19 | J | | |
| 156. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 157. | | | | | Buy (add'l) | 11/07/19 | K | | |
| 158.  ICAHN ENTERPRISES, LP | D | Distribution | L | T | Buy (add'l) | 03/15/19 | J | | |
| 159. | | | | | Buy (add'l) | 06/04/19 | K | | |
| 160. | | | | | Buy (add'l) | 07/05/19 | K | | |
| 161. | | | | | Sold (part) | 12/23/19 | K | | |
| 162.  INDEPENDENT PROPERTY OPERATORS | D | Distribution | L | W | | | | | |
| 163.  INDIA FUND, INC. | C | Dividend | K | T | Sold (part) | 12/23/19 | J | | |
| 164.  INGERSOLL RAND | B | Dividend | M | T | | | | | |
| 165.  INTEL CORP. | C | Dividend | K | T | | | | | |
| 166.  INTERNATIONAL BUSINESS MACHINES | C | Dividend | L | T | Buy (add'l) | 02/07/19 | J | | |
| 167. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 168.  INTERNATIONAL PAPER CO. | | None | | | Sold | 01/16/19 | J | | |
| 169.  INTERPUBLIC GROUP COS INC. (X) | A | Dividend | K | T | Buy | 07/12/19 | K | | |
| 170.  INVESCO. MORTG. CAPITAL | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. J.P. MORGAN CHASE & CO. | B | Dividend | L | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 172. LADDER CAPITAL CORP. | C | Dividend | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 174. LADENBURG THALMAN PFD | A | Dividend | | | Sold | 01/09/19 | M | | |
| 175. LAKEWOOD GROUP AGENCY, LLC | D | Distribution | N | W | | | | | |
| 176. �altered | C | Distribution | N | W | | | | | |
| 177. ▰altered | B | Distribution | | | Sold<br>(part) | 06/19/19 | K | | |
| 178. | | | | | Sold | 07/12/19 | K | | |
| 179. LEXINGTON VA. INDL. DEV. AUTH<br>EDL BOND | A | Interest | J | T | | | | | |
| 180. ▰altered. | E | Distribution | K | W | | | | | |
| 181. LOUDON CNTY VA ECONOMIC DEV.<br>BOND | A | Interest | J | T | | | | | |
| 182. MAIN STREET CAPITAL | D | Dividend | L | T | | | | | |
| 183. MAGELLAN MIDSTREAM PARTNERS<br>(X) | A | Dividend | K | T | Buy | 08/05/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 11/26/19 | K | | |
| 185. MARRIOTT INTL. INC. | A | Dividend | L | T | | | | | |
| 186. MASTERCARD INC. | A | Dividend | M | T | | | | | |
| 187. MCDONALDS CORP. | D | Dividend | M | T | Buy<br>(add'l) | 01/08/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  MERCK & CO. INC. | B | Dividend | L | T | | | | | |
| 189.  MFA FINANCIAL, INC. | B | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 190.  MFS TOTAL RETURN FUND | C | Dividend | M | T | | | | | |
| 191.  MICRO FOCUS INTERNATIONAL | C | Dividend | | | Sold | 09/19/19 | J | | |
| 192.  MICROSOFT | B | Dividend | K | T | | | | | |
| 193.  MIND CTI LTD. | B | Dividend | L | T | Buy<br>(add'l) | 06/14/19 | J | | |
| 194. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 195. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 196. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 197. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 198.  MOELIS & CO. | C | Dividend | | | Buy<br>(add'l) | 01/08/19 | J | | |
| 199. | | | | | Sold | 12/03/19 | K | | |
| 200.  MORGAN STANLEY | B | Dividend | L | T | | | | | |
| 201.  MOTOROLA SOLUTIONS | B | Dividend | L | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 202.  NEW RESIDENTIAL INV. CORP. | D | Dividend | K | T | | | | | |
| 203.  NEW YORK MORTGAGE TRUST, INC. | B | Dividend | K | T | Buy<br>(add'l) | 07/05/19 | J | | |
| 204.  NEWTEK BUSINESS SERVICES CORP. | D | Dividend | L | T | Buy<br>(add'l) | 05/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 206. NORFOLK SOUTHERN | C | Dividend | M | T | | | | | |
| 207. NORTHERN TRUST CORP. | B | Dividend | L | T | | | | | |
| 208. NVIDIA CORP. | A | Dividend | M | T | | | | | |
| 209. OFS CREDIT COMPANY INC. (X) | B | Dividend | K | T | Buy | 06/10/19 | K | | |
| 210. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 211. OLD REPUBLIC INTL CORP. | C | Dividend | K | T | | | | | |
| 212. ONEOK INC. NEW | D | Dividend | M | T | | | | | |
| 213. ORANGE CNTY VA. ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 214. OTC MARKETS GROUP INC. | B | Dividend | K | T | Buy (add'l) | 10/22/19 | K | | |
| 215. OXFORD LANE CAPITAL CORP. | C | Dividend | | | Buy (add'l) | 04/01/19 | J | | |
| 216. | | | | | Sold | 12/09/19 | K | | |
| 217. OXFORD SQUARE, formerly TICC Capital | C | Dividend | | | Buy (add'l) | 02/19/19 | J | | |
| 218. | | | | | Sold | 12/09/19 | K | | |
| 219. PATRICK INDUSTRIES | A | Dividend | J | T | | | | | |
| 220. PBF ENERGY INC. CL A | A | Dividend | K | T | | | | | |
| 221. PERSPECTA INC. | A | Dividend | | | Sold | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PFIZER INC. | B | Dividend | L | T | Buy (add'l) | 10/25/19 | K | | |
| 223. PHILLIPS 66 | C | Dividend | M | T | | | | | |
| 224. PINELAND STATION, n/k/a SEA TURTLE MARKETPLACE | | None | J | W | | | | | |
| 225. PLAINS ALL AMERICAN PIPELINE (X) | B | Dividend | | | Buy | 07/11/19 | K | | |
| 226. | | | | | Sold (part) | 11/07/19 | K | | |
| 227. | | | | | Sold | 11/18/19 | J | | |
| 228. POWHATAN COUNTY VA. ECONOMIC DEV. BOND | A | Interest | J | T | | | | | |
| 229. PPL CORP. | B | Dividend | K | T | | | | | |
| 230. ▓▓▓▓▓▓▓▓. | G | Distribution | M | W | | | | | |
| 231. | D | Interest | | | | | | | |
| 232. ▓▓▓▓▓▓▓▓ | | None | N | W | | | | | |
| 233. PRINCIPAL FINANCIAL GROUP (X) | A | Dividend | L | T | Buy | 07/01/19 | K | | |
| 234. | | | | | Buy (add'l) | 10/22/19 | K | | |
| 235. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 236. PROCTOR GAMBLE CO. | B | Dividend | K | T | Buy (add'l) | 04/01/19 | J | | |
| 237. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 238. PROSPECT CAPITAL CORP. (X) | B | Dividend | K | T | Buy | 01/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 240. QUALCOMM INC. | C | Dividend | M | T | Buy (add'l) | 06/04/19 | K | | |
| 241. | | | | | Buy (add'l) | 08/09/19 | K | | |
| 242. | | | | | Buy (add'l) | 10/25/19 | L | | |
| 243. RAYONIER INC. | C | Distribution | L | T | | | | | |
| 244. READY CAPITAL CORP. (X) | C | Dividend | K | T | Buy | 01/23/19 | J | | |
| 245. | | | | | Buy (add'l) | 02/07/19 | K | | |
| 246. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 247. REAVES UTILITY INCOME FUND SBI | B | Dividend | K | T | Buy (add'l) | 04/30/19 | J | | |
| 248. ▮▮▮▮▮ | | None | | | Sold | 04/30/19 | M | | |
| 249. ROCHE HOLDINGS CORP. | A | Dividend | K | T | Buy (add'l) | 07/12/19 | J | | |
| 250. ROYAL DUTCH PETROLEUM | C | Dividend | L | T | | | | | |
| 251. ROYCE VALUE TRUST, INC. | C | Dividend | K | T | Buy (add'l) | 01/22/19 | J | | |
| 252. SANDRIDGE PERMIAN TRUST, LP | B | Distribution | | | Buy (add'l) | 03/15/19 | J | | |
| 253. | | | | | Sold | 11/18/19 | J | | |
| 254. SANOFI | A | Dividend | K | T | | | | | |
| 255. SARATOGA INVESTMENT CORP. | B | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  SEAGATE TECHNOLOGY ORD. | B | Dividend | L | T | Buy (add'l) | 12/20/19 | J | | |
| 257.  SHOPIFY INC. | | None | L | T | Buy (add'l) | 10/22/19 | K | | |
| 258.  SINOPEC S/PETROCHE (X) | C | Dividend | | | Buy | 01/14/19 | K | | |
| 259. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 260. | | | | | Buy (add'l) | 02/19/19 | K | | |
| 261. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 262. | | | | | Sold | 09/19/19 | K | | |
| 263.  SLM CORP (X) | A | Dividend | J | T | Buy | 07/12/19 | J | | |
| 264.  SOCIETE GENERALE (X) | B | Dividend | K | T | Buy | 01/24/19 | J | | |
| 265. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 266. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 267.  SOLAREDGE TECHNOLOGIES | | None | K | T | Buy (add'l) | 10/22/19 | K | | |
| 268.  STATE STREET CORP. | A | Dividend | | | Sold | 06/25/19 | K | | |
| 269.  STELLUS CAP. INVESTMENT | C | Dividend | L | T | Buy (add'l) | 02/19/19 | J | | |
| 270. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 271. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 272.  SUNTRUST CHECKING | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SUNTRUST | D | Dividend | N | T | | | | | |
| 274. SUNTRUST SECURITIES | D | Interest | O | T | | | | | |
| 275. TAIWAN SEMICONDUCTOR | C | Dividend | M | T | Donated (part) | | | | |
| 276. TANDY LEATHER FACTORY | | None | J | T | | | | | |
| 277. TD AMERITRADE | G | Dividend | | | Buy (add'l) | 01/22/19 | J | | |
| 278. | | | | | Sold (part) | 09/30/19 | J | | |
| 279. | | | | | Sold | 11/18/19 | J | | |
| 280. | A | Interest | | | | | | | |
| 281. TOWNEBANK | E | Dividend | N | T | Donated (part) | | | | |
| 282. TRIPLEPOINT VENTURE GROWTH (X) | D | Dividend | L | T | Buy | 03/04/19 | K | | |
| 283. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 284. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 285. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 286. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 287. | | | | | Buy (add'l) | 09/03/19 | K | | |
| 288. TWO HARBORS INVESTMENT | C | Dividend | K | T | | | | | |
| 289. UBS FINANCIAL - Money Market | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. UNION PAC CORP. | A | Dividend | K | T | | | | | |
| 291. UNITED PARCEL SERVICE | B | Dividend | L | T | | | | | |
| 292. UNITED TECHNOLOGIES CORP. (X) | B | Dividend | M | T | Buy | 07/02/19 | L | | |
| 293. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 294. | | | | | Buy (add'l) | 10/25/19 | L | | |
| 295. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 296. VALERO ENERGY CORP. | C | Dividend | L | T | | | | | |
| 297. VEEVA SYSTEMS, INC. | | None | K | T | Buy (add'l) | 12/13/19 | J | | |
| 298. VIACOM INC. (X) | A | Dividend | | | Buy | 07/12/19 | J | | |
| 299. | | | | | Sold | 11/08/19 | J | | |
| 300. VIRGINIA COMMONWEALTH TRANS. RV. | A | Interest | K | T | | | | | |
| 301. VIRGINIA ST. PUB. SCH. AUTH. OBLIG PRINCE WILLIAM CNTY BOND | A | Interest | J | T | | | | | |
| 302. WALT DISNEY CO. | A | Dividend | L | T | | | | | |
| 303. WELLS FARGO | D | Dividend | L | T | Sold (part) | 12/27/19 | J | | |
| 304. WESTERN ASSET MORTGAGE CAPITAL (X) | C | Dividend | K | T | Buy (add'l) | 01/24/19 | J | | |
| 305. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 306. | | | | | Buy (add'l) | 02/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Buy<br>(add'l) | 11/07/19 | K | | |
| 308. WHITEHORSE FIN. INC. | D | Dividend | L | T | Buy<br>(add'l) | 11/07/19 | J | | |
| 309. | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 310. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 311. WISDOM TREE MIDEAST DIVD. (X) | A | Dividend | K | T | Buy | 04/29/19 | K | | |
| 312. | | | | | Buy<br>(add'l) | 06/04/19 | K | | |
| 313. ▮▮▮▮▮. | E | Distribution | M | W | | | | | |
| 314. YUM! BRANDS INC. | A | Dividend | L | T | | | | | |
| 315. YUM CHINA HLDGS. INC. | A | Dividend | K | T | | | | | |
| 316. ▮▮▮▮▮ | | | | | | | | | |
| 317. ▮▮▮▮▮ | | | | | | | | | |
| 318. ▮▮▮▮▮ | | | | | | | | | |
| 319. ▮▮▮ | | None | J | T | | | | | |
| 320. ▮▮▮. | | None | K | T | | | | | |
| 321. ▮▮▮ | | None | K | T | | | | | |
| 322. ▮▮▮ | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 323. � . | | None | L | T | | | | | |
| 324. ▆ | A | Dividend | K | T | Buy | 09/19/19 | K | | |
| 325. ▆. | | None | J | T | | | | | |
| 326. ▆ | A | Dividend | L | T | | | | | |
| 327. ▆. | A | Dividend | K | T | | | | | |
| 328. ▆ | A | Dividend | | | Sold | 09/19/19 | K | E | |
| 329. ▆. | | None | | | Sold | 12/31/19 | J | | |
| 330. ▆ | C | Dividend | L | T | | | | | |
| 331. ▆ | A | Interest | K | T | | | | | |
| 332. ▆ | C | Dividend | M | T | | | | | |
| 333. ▆ | A | Dividend | K | T | Buy | 02/14/19 | K | | |
| 334.▆ | A | Dividend | K | T | | | | | |
| 335. ▆ | A | Dividend | K | T | | | | | |
| 336. ▆. | B | Dividend | M | T | | | | | |
| 337. ▆ | A | Dividend | J | T | | | | | |
| 338. ▆ | A | Dividend | L | T | | | | | |
| 339. ▆. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. ▓▓▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 341. ▓▓▓▓▓▓ | C | Dividend | N | T | | | | | |
| 342. ▓▓▓ | A | Dividend | K | T | | | | | |
| 343. ▓▓▓▓ | E | Distribution | N | W | | | | | |
| 344. ▓▓▓. | A | Dividend | J | T | | | | | |
| 345. ▓▓▓ | A | Dividend | K | T | | | | | |
| 346. ▓▓▓ | | None | K | T | | | | | |
| 347. ▓▓▓▓ | A | Dividend | J | T | | | | | |
| 348. ▓▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 349. ▓▓▓ | A | Dividend | K | T | | | | | |
| 350. ▓▓▓ | B | Dividend | L | T | Sold (part) | 03/11/19 | K | E | |
| 351. ▓▓▓▓▓. | A | Dividend | K | T | | | | | |
| 352. ▓▓. | A | Dividend | | | Sold | 03/11/19 | K | D | |
| 353. ▓▓▓. | | None | K | T | | | | | |
| 354. ▓▓▓ | A | Dividend | K | T | Buy | 02/14/19 | J | | |
| 355. ▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 356. ▓▓▓▓ | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. ▨▨▨ | A | Interest | J | T | | | | | |
| 358. ▨▨▨ | A | Dividend | K | T | Buy | 03/11/19 | K | | |
| 359. ▨▨▨ | B | Dividend | K | T | | | | | |
| 360. ▨▨▨ | A | Dividend | K | T | Buy | 02/14/19 | K | | |
| 361. ▨▨▨. | | None | K | W | | | | | |
| 362. ▨▨▨. | A | Dividend | K | T | | | | | |
| 363. ▨▨▨ | A | Dividend | J | T | | | | | |
| 364. ▨▨▨ | A | Dividend | K | T | Buy | 03/11/19 | K | | |
| 365. ▨▨ | A | Dividend | J | T | | | | | |
| 366. ▨▨▨ | | None | K | T | Buy | 09/19/19 | K | | |
| 367. ▨▨▨ | D | Distribution | J | T | | | | | |
| 368. ▨▨▨ | A | Interest | J | T | | | | | |
| 369. ▨▨▨ | A | Distribution | J | T | | | | | |
| 370. ▨▨▨ | | | | | | | | | |
| 371. ▨▨▨. | A | Interest | J | T | | | | | |
| 372. ▨▨▨ | B | Interest | K | T | | | | | |
| 373. ▨▨▨. | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 374. | A | Interest | K | T | | | | | |
| 375. | A | Interest | K | T | Buy<br>(add'l) | 04/17/19 | K | | |
| 376. | B | Interest | K | T | Buy | 02/13/19 | K | | |
| 377. | A | Interest | K | T | | | | | |
| 378. | A | Interest | K | T | | | | | |
| 379. | A | Interest | K | T | | | | | |
| 380. | A | Interest | K | T | Buy | 10/07/19 | K | | |
| 381. | A | Interest | | | Sold | 02/05/19 | K | | |
| 382. | A | Interest | J | T | Buy | 01/29/19 | J | | |
| 383. | B | Interest | K | T | | | | | |
| 384. | B | Interest | L | T | | | | | |
| 385. | A | Interest | J | T | | | | | |
| 386. | A | Interest | K | T | | | | | |
| 387. | B | Interest | K | T | | | | | |
| 388. | A | Interest | | | Sold | 01/16/19 | J | A | |
| 389. | A | Interest | K | T | Buy<br>(add'l) | 08/20/19 | J | | |
| 390. | A | Interest | | | Redeemed | 02/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. �array | B | Interest | K | T | | | | | |
| 392. �array | B | Interest | K | T | Redeemed (part) | 10/01/19 | K | | |
| 393. �array | B | Interest | K | T | Buy (add'l) | 02/04/19 | K | | |
| 394. �array | B | Interest | L | T | Buy (add'l) | 10/21/19 | K | | |
| 395. �array . | A | Interest | J | T | | | | | |
| 396. �array | B | Interest | | | Sold | 10/21/19 | K | B | |
| 397. �array . | B | Interest | K | T | | | | | |
| 398. �array | D | Dividend | M | T | | | | | |
| 399. �array | A | Dividend | K | T | | | | | |
| 400. �array | A | Dividend | K | T | | | | | |
| 401. �array | | None | K | T | Buy | 09/19/19 | K | | |
| 402. �array | B | Dividend | | | Sold | 09/19/19 | K | D | |
| 403. �array | A | Dividend | | | Sold | 02/14/19 | K | A | |
| 404. �array | B | Dividend | K | T | | | | | |
| 405. �array | A | Dividend | | | Sold | 12/31/19 | J | | |
| 406. �array | B | Dividend | K | T | | | | | |
| 407. ▱array | A | Dividend | | | Sold | 02/14/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. ▓▓▓▓▓▓▓▓ | A | Dividend | K | T | | | | | |
| 409. ▓▓▓▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 410. ▓▓▓▓▓▓. | A | Dividend | | | Sold | 02/14/19 | K | D | |
| 411 ▓▓▓▓▓▓. | A | Dividend | K | T | | | | | |
| 412. ▓▓▓▓▓. | B | Dividend | K | T | | | | | |
| 413. ▓▓▓▓ | A | Dividend | K | T | Buy | 09/19/19 | K | | |
| 414. ▓▓▓▓▓▓ | A | Dividend | K | T | | | | | |
| 415. ▓▓▓▓ | G | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

Line 74. Celgene Corp. merged with Bristol Myers Squibb (line 52) on 11/21/19.

Line 92.  Corteva Inc. spin-off from DowDuPont, Inc. (line 106) on 6/3/19.

Line 133.  Brunswick Farm in Lawrenceville, VA sold on 6/10/19.

Line 134. Fidelity Adivosr 529 Plan. Educational savings plan for ▓▓▓▓▓▓▓ Redeemed in part on 7/30/2019. Redeemed in full on 12/16/19.

Line 174.  Ladenburg Thalmann securities sold on 1/9/19.

Line 248. ▓▓▓▓▓▓▓▓▓▓▓▓

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 08/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544